NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MITCHELL I. FELD,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2012-3043

---

Petition for review of the Merit Systems Protection Board in case no. DC0752100169-I-1.

---

## ON MOTION

---

## ORDER

The Department of Veterans Affairs moves out of time for a 29-day extension of time, until March 23, 2012, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

For The Court

MAR 0 9 2012
—————————
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Mitchell I. Feld
    P. Davis Oliver, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR U 9 2012

JAN HORBALY
CLERK